9 F.3d 461w
 63 Fair Empl.Prac.Cas. (BNA) 721,
63 Empl. Prac. Dec. P 42,678
Russell AIKEN; Frank Amato, Charles Barnes; Kennon
Carlton; Danny Carter; Tammy Clevenger; J.R. Coatney;
Steve Comella; H.J. Essary; Bryant Jennings; Paul
Keating; Barry Lane; Russell Lollar; A.E. Locke; Mark
McClain; Frank McGowan; Danny O'Connor; Monte Perkins;
Allen S. Rawie; Rick Sansom; E. Lawrence Smith; Dana
Stine; Robert J. Stone; Jerry Tennyson; James Wiley; Dan
Wood; John R. Wright; Joseph Wright, Plaintiffs-Appellants (92-6154),
William Ashton; Don Boyd; Kennon Carlton; Danny Carter;
James Coatney; Steve Cole; Stephen Comella; Dan Cook;
Ronald Cummings; Thomas Helldorfer; Billy Garrett;
Richard Kitchens; George Maxwell; Frank McGowan; Danny
O'Conner; Stephen Roberson; Frederick Sansom; Robert
Shelton; Thomas Simmons; Dale Simms; Dana Stine; Roy
Tidwell; Ronnie Weddle; Reed Westbrook; James Wright;
Joseph Wright; Owen Yarbrough, Plaintiffs-Appellants (92-6159),
v.
The CITY OF MEMPHIS; Richard C. Hackett, individually and
in his official capacity as Mayor; James Ivy, individually
and in his official capacity as Director of Police Services,
Defendants-Appellees.
 Nos. 92-6154, 92-6159.
 United States Court of Appeals,
Sixth Circuit.
 Argued March 9, 1993.
Decided Nov. 9, 1993.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 37 F.2d 1155.